FILED 13 MAY '11 14:31 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| UNITED STATES OF AMERICA | Case No. CR |
|---|---|
| v. | CR'11-198 HZ |
| TAMIKO MONIQUE AYTCH, | INFORMATION |
| Defendant | 18 U.S.C. § 2425 |

**THE UNITED STATES ATTORNEY CHARGES:**
USE OF INTERSTATE FACILITIES TO
TRANSMIT INFORMATION ABOUT
A MINOR
18 U.S.C. § 2425

Beginning about August 2008, and continuing through about October 2008, within the District of Oregon, TAMIKO MONIQUE AYTCH, defendant herein, did use a facility of interstate commerce to knowingly initiate the transmission of the telephone number of an individual identified herein as "A.K.", while knowing that "A.K." had not attained the age of 16 years, and with the intent to entice, encourage, offer, or solicit any person, to engage in any sexual activity, with "A.K.", for which the person could be charged with a criminal offense, to wit: TAMIKO MONIQUE AYTCH used a laptop computer to place "A.K.'s" cellular telephone number in commercial sex advertisements online at craigslist.com in order to encourage, offer, and solicit other persons to engage in commercial sex acts with "A.K".
All in violation of 18 U.S.C. 2425.

Dated this 13th day of May 2011.

DWIGHT C. HOLTON
United States Attorney

KEMP STRICKLAND
Assistant United States Attorney